
FILED

DEC - 7 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ISIDRO OROZCO-HERRERA,<br><br>Defendant. | CR 15-87-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, JOSE ISIDRO OROZCO-HERRERA is hereby released from the custody of the U.S. Marshal Service.

DATED this 7th day of December, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1